# Flare Ignitors Holdings, Inc

13506 Topper Circle
San Antonio, TX 78233
1(800)200-0026
FAX:(210)656-6728

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 4/30/2011 | 12601 |

**CUSTOMER**

Flare Ignitors Pipeline & Refinery LLC
6605 Topper Parkway
San Antonio, TX. 78233

| Delivery # | Pickup # |
|---|---|
| | |

| County | State | Ordered By | Order No. |
|---|---|---|---|
| Bexar | Texas | Cameron | |

| Location | Lease | Rig | Ship Via |
|---|---|---|---|
| | | | Flare Ignitors |

| Quanity | Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Reimbursement ... | Reimbursement Mgmt fees | 104,133.71 | 104,133.71 |
| 1 | EE Reimbursem... | EE Reimbursement | 1,750.00 | 1,750.00 |
| 1 | Gen Liability Ins. | Reimbursement Gen Liability Ins | 5,119.90 | 5,119.90 |
| 1 | Excess Liability Ins. | Reimbursement Excess Liability Ins. | 2,141.50 | 2,141.50 |
| 1 | Leased Vehicles | Reimbursement Vehicle Leases | 5,897.22 | 5,897.22 |
| 1 | Vehicle Ins. | Reimbursement Vehicle Ins. | 1,769.33 | 1,769.33 |
| 1 | Worker's Comp Ins. | Reimbursement Worker's Comp Ins. | 1,209.19 | 1,209.19 |

**Total** $122,020.85

Thank You! We Appreciate Your Business.
Pay online at:: https://ipn.intuit.com/7tcgpk4

**EXHIBIT B**

# Flare Ignitors Holdings, Inc

13506 Topper Circle
San Antonio, TX 78233
1(800)200-0026
FAX:(210)656-6728

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 3/31/2011 | 12599 |

**CUSTOMER**

Flare Ignitors Pipeline & Refinery LLC
6605 Topper Parkway
San Antonio, TX. 78233

| Delivery # | Pickup # |
|---|---|
| | |

| County | State | Ordered By | Order No. |
|---|---|---|---|
| Bexar | Texas | Cameron | |

| Location | Lease | Rig | Ship Via |
|---|---|---|---|
| | | | Flare Ignitors |

| Quanity | Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Reimbursement ... | Reimbursement Mgmt fees | 76,988.60 | 76,988.60 |
| 1 | EE Remimbursem... | EE Reimbursement | 1,750.00 | 1,750.00 |
| 1 | Gen Liability Ins. | Reimbursement Gen Liability Ins | 3,785.23 | 3,785.23 |
| 1 | Excess Liability Ins. | Reimbursement Excess Liability Ins. | 2,141.50 | 2,141.50 |
| 1 | Leased Vehicles | Reimbursement Vehicle Leases | 5,897.22 | 5,897.22 |
| 1 | Vehicle Ins. | Reimbursement Vehicle Ins. | 1,769.33 | 1,769.33 |
| 1 | Worker's Comp Ins. | Reimbursement Worker's Comp Ins. | 1,120.04 | 1,120.04 |

**Total** $93,451.92

Thank You! We Appreciate Your Business.
Pay online at:: https://ipn.intuit.com/55jczvv

# Flare Ignitors Holdings, Inc

13506 Topper Circle
San Antonio, TX 78233
1(800)200-0026
FAX:(210)656-6728

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 3/31/2011 | 12600 |

**CUSTOMER**

Flare Ignitors & Rentals LLC
13506 Topper Circle
San Antonio, Tx. 78233

| Delivery # | Pickup # |
|---|---|
| | |

| County | State | Ordered By | Order No. |
|---|---|---|---|
| Bexar | Texas | Cameron | |

| Location | Lease | Rig | Ship Via |
|---|---|---|---|
| | | | Flare Ignitors |

| Quanity | Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Reimbursement ... | Reimbursement Mgmt fees | 88,857.11 | 88,857.11 |
| 1 | EE Reimbursem... | EE Reimbursement | 1,750.00 | 1,750.00T |
| 1 | Gen Liability Ins. | Reimbursement Gen Liability Ins | 4,368.80 | 4,368.80 |
| 1 | Excess Liability Ins. | Reimbursement Excess Liability Ins. | 713.83 | 713.83 |
| 1 | Leased Vehicles | Reimbursement Vehicle Leases | 18,962.47 | 18,962.47 |
| 1 | Vehicle Ins. | Reimbursement Vehicle Ins. | 3,759.08 | 3,759.08 |
| 1 | Worker's Comp Ins. | Reimbursement Worker's Comp Ins. | 1,981.67 | 1,981.67 |
| | | | 0.00 | 0.00 |

**Total** $120,392.96

Thank You! We Appreciate Your Business.
Pay online at:: https://ipn.intuit.com/cxwpqx3

# Flare Ignitors Holdings, Inc

13506 Topper Circle
San Antonio, TX 78233
1(800)200-0026
FAX:(210)656-6728

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 4/30/2011 | 12602 |

**CUSTOMER**

Flare Ignitors & Rentals LLC
13506 Topper Circle
San Antonio, Tx. 78233

Delivery #    Pickup #

| County | State | Ordered By | Order No. |
|---|---|---|---|
| Bexar | Texas | Cameron | |

| Location | Lease | Rig | Ship Via |
|---|---|---|---|
| | | | Flare Ignitors |

| Quanity | Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Reimbursement ... | Reimbursement Mgmt fees | 88,279.86 | 88,279.86 |
| 1 | EE Reimbursem... | EE Reimbursement | 1,750.00 | 1,750.00 |
| 1 | Gen Liability Ins. | Reimbursement Gen Liability Ins | 4,340.42 | 4,340.42 |
| 1 | Excess Liability Ins. | Reimbursement Excess Liability Ins. | 713.83 | 713.83 |
| 1 | Leased Vehicles | Reimbursement Vehicle Leases | 18,962.47 | 18,962.47 |
| 1 | Vehicle Ins. | Reimbursement Vehicle Ins. | 3,759.08 | 3,759.08 |
| 1 | Worker's Comp Ins. | Reimbursement Worker's Comp Ins. | 2,062.27 | 2,062.27 |
| | | | 0.00 | 0.00 |

**Total** $119,867.93

Thank You! We Appreciate Your Business.
Pay online at:: https://ipn.intuit.com/z85pctc