FILED
JAN 3 1 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DUANE DAVIS, *et al.* | § § | |
| VS. | § § | Civil Action No. SA-11-CV-00450 OG |
| FLARE IGNITORS & RENTALS, INC., *et al.* | § § § | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND GRANTING STIPULATED JUDGMENT OF DISMISSAL

Came on this day for consideration the parties' Joint Motion for Court Approval of Settlement and Stipulation of Dismissal With Prejudice in connection with the above-referenced case (the "Joint Motion"). After due consideration, this Court is of the opinion that the Joint Motion should be in all things **GRANTED**.

The Court finds that the Settlement Agreement is an adequate, fair and reasonable resolution of a bona fide dispute over wages owed pursuant to the Fair Labor Standards Act (the "FLSA"), and accordingly, the Settlement Agreement is **APPROVED**.

It is **FURTHER ORDERED, ADJUDGED and DECREED** that all claims asserted by Plaintiffs against Defendants in this matter are hereby **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that the Court shall retain jurisdiction over the parties to enforce the Settlement Agreement.

SIGNED and executed this 31 days of Jan., 2013.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

4385257.1

PONCIO LAW OFFICES, PC
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
(210) 212-7979
(210) 212-5880 (Fax)

By: _____
Adam Poncio
State Bar No. 16109800

Christopher McJunkin
State Bar No. 13686525
2842 Lawnview Street
Corpus Christi, Texas 78404
(361) 882-5747
(361) 882-8926

**ATTORNEYS FOR PLAINTIFFS**

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

By: _____
Ramon D. Bissmeyer
State Bar No. 00787088
rbissmeyer@coxsmith.com
Cora McGowan Kothmann
State Bar No. 24060258
ckothmann@coxsmith.com

**ATTORNEYS FOR DEFENDANTS**